# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SHIRLEY SOURYAL** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11CV643-TSE/JFA |
| ) | |
| **TORRES ADVANCED ENTERPRISE** ) | |
| **SOLUTIONS, LLC.,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

## Waiver of Oral Argument

Pursuant to Local Rule 7(E), Plaintiff respectfully requests that the Court rule or determine Plaintiff's Motion For Leave To File Sur-Reply To Defendant's Reply To Plaintiff's Opposition To Defendant's Motion To Dismiss Amended Complaint without oral argument.

December 7, 2011                                        Respectfully submitted,


                                                         _____/s/_____
                                                         Rosanna C. Lopez
                                                         Virginia Bar No. 70547
                                                         Lopez & Wu, PLLC
                                                         1818 Library Street, Suite 500
                                                         Reston, Virginia 20190
                                                         Phone: 703-835-6145
                                                         Fax: 703-831-0181
                                                         Email: rlopez@lopezandwu.com

                                                         Attorneys for Plaintiff Shirley Souryal

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2011, I caused a true and correct copy of the foregoing Plaintiff's Waiver of Oral Argument to be served electronically, via the CM-ECF system, to:

> David B. Deitch
> IFRAH PLLC
> 1717 Pennsylvania Ave., N.W., Suite 650
> Washington, DC 20006
> Phone: 202-525-4140
> Fax: 202-524-4141
> Email: ddeitch@ifrahlaw.com

_____/s/_____
Rosanna C. Lopez